1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL EDWARD KENNEDY, | ) | Civil Case No.07CV1996 |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER REQUIRING RESPONSE TO PETITION** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | [28 U.S.C. § 2241] |

On October 15, 2007, petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Having reviewed the petition, **IT IS HEREBY ORDERED** that:

1. Respondents shall file a return to the petition for writ of habeas corpus **on or before December 3, 2007**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the petition.

2. Petitioner shall file a traverse **on or before December 31, 2007.** *This matter will be deemed under submission at that time.*

//
//
//
//
//
//

07CV1966

1     3.    The Clerk of Court shall serve a copy of the petition together with a copy of this order on the United State Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

DATED: November 2, 2007

                                                              HON. JOHN A. HOUSTON
United States District Judge

CC:

Michael Edward Kennedy
Reg. No.: 35377-098
33250 Old Ocean City Road
Parsonburg, MD 21849

U.S. Attorneys' Office
880 Front Street, Room 6293
San Diego, CA 92101