# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2007 NOV 26 PM 1:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Houston

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: R. Mullin, Deputy Clerk          RECEIVED DATE: 11/19/2007

CASE NO.: 07cv1996 JAH (RBB)   DOCUMENT FILED BY: Petitioner

CASE TITLE: Kennedy v. USA

DOCUMENT ENTITLED: Motion for IFP

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: Filing fee paid on 10/15/2007.** |

Date forwarded: 11/20/2007

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 11/21/2007          By: CJH
cc: All Parties

Michael E. Kennedy
PLAINTIFF/PETITIONER/MOVANT'S NAME

#35377-098
PRISON NUMBER

Salisbury, Maryland
PLACE OF CONFINEMENT

33250 Old Ocean City Road
Salisbury, Maryland 21849
ADDRESS


REJECTED

# United States District Court
## Southern District Of California

| | |
|---|---|
| Michael E. Kennedy,<br>Plaintiff/Petitioner/Movant<br><br>v.<br><br>United States of America,<br>Defendant/Respondent | Civil No. 07CV1996 JAH (RBB)<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |

I, Michael E. Kennedy declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?     Yes     No     (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?           • Yes  • No
   Do you receive any payment from the institution?   • Yes  • No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]