FILED

2007 NOV 26, PM 1:44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL EDWARD KENNEDY, )  Civil Case No. 07CV1996
                                  )
            Petitioner, )  **MOTION FOR APPOINTMENT**
v.                      )  **OF COUNSEL**
                                    )
UNITED STATES OF AMERICA, )
                                    )
           Respondent. )
_____ )

**NUNC PRO TUNC**
**NOV 19 2007**

    I, Michael Edward Kennedy, declare that I am the petitioner in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding pursuant to 28 U.S.C. §1915(d). In support of my motion, I further declare that:

1)    On October 15, 2007, petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. §2241.

2)    On November 2, 2007, this Court ordered the respondent, United States of America, to respond to the petition on or before December 3, 2007.

3)    Petitioner is an unlettered individual with no formal legal training and possessing a limited knowledge of the law.

4)    The issues involved in this case are factually complex as they involve questions of constitutional, federal, and prior existing case law standards and precedents.

5)    Petitioner has previously been represented by an attorney appointed by this Court in the proceeding described on the back of this page.

6)    Petitioner has attached an original application to Proceed *In Forma Pauperis* in this proceeding detailing his financial status.

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

- 1 -

As indicated in paragraph five on the opposite page, petitioner previously has been represented by an attorney appointed by this Court in the following civil or criminal action(s):

Assigned Judge: The Honorable Judith N. Keep

Case Title: Kennedy v. United States of America

Type of Proceeding: Initial 28 U.S.C. §2255 Motion

Appointed Attorney: Judy Clarke, Esq.
Suite 900
225 Broadway Street
San Diego, California 92101

Assigned Judge: The Honorable Howard B. Turpentine - 1st Trial
The Honorable Judith N. Keep - 2nd & 3rd Trials

Case Title: United States of America v. Michael E. Kennedy

Type of Proceeding: 1st, 2nd, and 3rd Criminal Trials

Appointed Attorney: Juanita R. Brooks
Alex Landon

RECEIVED
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

7)    The ends of justice would best be served in this case if an attorney was appointed to represent the petitioner in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>November 16th, 2007</u>.

Michael Edward Kennedy
Petitioner, pro se

Michael E. Kennedy
#35377-098
33250 Old Ocean City Road
Parsonsburg, Maryland 21849
Home:  (410) 572-8802
Cell:  (302) 344-3572

# PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

(Fed R. Civ. P.5; 28 U.S.C. §1746)

I, <u>Michael Edward Kennedy</u>, declare:

I am over 18 years of age and a party to this action. I am a resident of Salisbury, Maryland, in the county of Wicomico. My address is: 33250 Old Ocean City Road, Salisbury, Maryland 21849. On November 16th, 2007, I served the attached motion for appointment of counsel, pursuant to 28 U.S.C. §1915(d), on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelope was addressed as follows:

> United States Attorney for the
> Southern District of California
> Appellate Division
> 880 Front Street, Room 6293
> San Diego, California 92101-8893

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of November, 2007.

Michael E. Kennedy

Michael E. Kennedy
33250 Old Ocean City Road
Salisbury, Maryland 21849

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1