# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Michael Edward Kennedy

                V.

United States of Amerca

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07CV1966-JAH(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for writ of habeas corpus is dismissed without prejudice.

| January 22, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON January 22, 2008 |

07CV1966-JAH(RBB)