# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Houston__

FROM: __R. Mullin,__ Deputy Clerk    RECEIVED DATE: __1/28/2008__

CASE NO.: __07cv1996 JAH (RBB)__    DOCUMENT FILED BY: __Petitioner__

CASE TITLE: __Kennedy v. USA__

DOCUMENT ENTITLED: __Motion to Strike the Government's Response to Petitioner's Traverse...__

FILED 2008 JAN 30 PM 12:53

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ Local Rule | Discrepancy |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☐ | Supplemental documents require court order |
| ☐ | Default Judgment in sum certain includes calculated interest |
| X | **OTHER: Case closed as of 1/22/2008.** |

Date forwarded: __1/29/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Houston__

Dated: __1-29-08__    By: __CJH__

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Michael Edward Kennedy
35377-098
Salisbury, Maryland
33250 Old Ocean City Road
Parsonsburg, Maryland 21849

**REJECTED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD KENNEDY, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | Civil Case No. 07CV1996<br><br>**MOTION TO STRIKE THE GOVERNMENT'S RESPONSE TO PETITIONER'S TRAVERSE AND MOTION FOR EVIDENTIARY HEARING** |

    I, Michael Edward Kennedy, declare that I am the petitioner in the above named proceeding and submit this motion to strike the government's motion to permit filing of a response to petitioner's traverse filed in this proceeding under 28 U.S.C. §2241, and further motion this Court for an evidentiary hearing in this matter pursuant to Rule 8 of the Federal Rules of Criminal Procedure.

**I.     Procedural History.**

    On October 15, 2007, Mr. Kennedy filed an application for writ of habeas corpus pursuant to 28 U.S.C. §2241. On November 2, 2007, this Court issued the government an order requiring a response to the petition on or before December 3, 2007, and to Mr. Kennedy to file a traverse to that response on or before December 31, 2007. Both the respondent government and Mr. Kennedy complied with this order.

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\228321

- 1 -