Michael Edward Kennedy
35377-098
Salisbury, Maryland
33250 Old Ocean City Road
Parsonsburg, Maryland 21849



FILED
FEB 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD KENNEDY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____) | Civil Case No. 07CV1996 |

### NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure, Rule 4, notice is hereby given that Michael E. Kennedy, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit the order entered in this action on January 22nd, 2008, by the United States District Court for the Southern District of California.

Dated: <u>January 29th, 2008</u>.

_____
Michael Edward Kennedy
Petitioner, pro se

Michael E. Kennedy
#35377-098
33250 Old Ocean City Road
Parsonsburg, Maryland 21849
Home: (410) 572-8802
Cell: (302) 344-3572

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

- 1 -

# PROOF OF SERVICE

# PROOF OF SERVICE BY MAIL

(Fed R. Civ. P.5; 28 U.S.C. §1746)

I, <u>Michael Edward Kennedy</u>, declare:

I am over 18 years of age and a party to this action. I am a resident of Salisbury, Maryland, in the county of Wicomico. My address is: 33250 Old Ocean City Road, Salisbury, Maryland 21849. On January 29th, 2008, I served the attached notice of appeal on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelope was addressed as follows:

> United States Attorney for the
> Southern District of California
> Appellate Division
> 880 Front Street, Room 6293
> San Diego, California 92101-8893

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of January, 2008.

Michael E. Kennedy<br>
Petitioner, pro se<br>
<br>
Michael E. Kennedy<br>
33250 Old Ocean City Road<br>
Salisbury, Maryland 21849<br>
(410) 572-8802

AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michael Edward Kennedy

v.

United States of Amerca

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07CV1966-JAH(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for writ of habeas corpus is dismissed without prejudice.

| | |
|---|---|
| January 22, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |

ENTERED ON January 22, 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD KENNEDY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Case No.07CV1996<br><br>**ORDER DISMISSING PETITIONER'S APPLICATION ABSENT NINTH CIRCUIT AUTHORIZATION**<br><br>[28 U.S.C. § 2241] |

Pending before this Court is Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. No. 1. Respondent filed a return to the petition and Petitioner filed a traverse.[1] Doc. Nos. 8 and 10.

On January 15, 1981, Petitioner was sentenced to life imprisonment on a two-count conviction for felony-murder and rape. His direct appeal was denied in September 1983. United States v. Kennedy, 714 F.2d 968, 970-71 (9th Cir. 1983). His Writ of Certiorari to the United States Supreme Court was denied in February 1984. Kennedy v. United States, 465 U.S. 1034 (1984). Subsequently, Petitioner began filing a series of unsuccessful petitions pursuant to 28 U.S.C. § 2255. See Crim. Doc. No. 100-115[2] (May 6, 1985); United States v. Kennedy, 890 F.2d 1056 (9th Cir. 1989); Crim. Doc. No. 121-128 (October 28, 1996); Crim. Doc. No. 129-156 (April 21, 1997); Crim. Doc. No. 157-158 (March 28, 2007).

As part of this process, on July 14, 1999, the Ninth Circuit responded to Kennedy's

---

[1] Respondent also filed a Motion to Permit Filing of Response to Traverse. Doc. No. 11. However, because Petitioner's 2241 application is dismissed outright, Respondent's motion to file a response to the traverse is DENIED as moot.

[2] "Crim. Doc. No." refers to the docket for case number 80cr0102.

1  petition for authorization to file a second or successive 28 U.S.C. § 2255 motion in district
2  court by denying the motion "without prejudice to filing a new petition that complies with the
3  requirements of Ninth Circuit Rule 22-3," and provided Kennedy with instructions that any
4  such new petition had to be filed *in the Ninth Circuit* and had to contain a particularized
5  showing enunciated for him in that Order. Crim. Doc. No. 156. No further action is reflected
6  in the criminal docket until Petitioner attempted to file a renewed 28 U.S.C. § 2255 motion
7  in this court on March 21, 2007. *See* Crim. Doc. No. 157. District Judge Larry A. Burns
8  rejected that petition in a Discrepancy Order, and also issued an order wherein Judge Burns
9  ordered that "all further attempted filings by Kennedy related to his criminal case will be
10 rejected absent the required Ninth Circuit authorization." Crim. Doc. No. 157.

11        In its return to the instant petition, Respondent relies on Judge Burns's Order to argue
12 that Petitioner was required to obtain permission from the Ninth Circuit before filing the
13 instant petition. Doc. No. 8 at 4. Because Petitioner did not do so, Respondent contends the
14 petition should be dismissed outright. In his traverse, Petitioner counters that "there is nothing
15 on the record before this Court indicating that Judge Burns intended his order to be construed
16 as anything but applying to a renewed § 2255 petition filed by Mr. Kennedy absent a certificate
17 of appealability." Doc. No. 10 at 18.

18        Upon further review of the docket and file, the Court agrees with Respondent. Judge
19 Burns's order is not limited to renewed § 2255 petitions. Rather, it is clear from the face of the
20 Order, Judge Burns ordered that "<u>all</u> further attempted filings by Kennedy related to his
21 criminal case will be rejected absent the required Ninth Circuit authorization." Crim. Doc. No.
22 157 (emphasis added). Based on the plain language of the Order, Petitioner was required to
23 obtain permission from the Ninth Circuit before filing the instant petition. However, he failed
24 to do so.
25 //
26 //
27 //
28 //

1 | Accordingly, IT IS HEREBY ORDERED, the petition for writ of habeas corpus under
2 | 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.
3 |
4 | DATED: January 22, 2008
5 |
6 | JOHN A. HOUSTON
  | United States District Judge
7 |
8 |
9 | CC:
10 | Michael Edward Kennedy
   | Reg. No.: 35377-098
11 | 33250 Old Ocean City Road
   | Parsonburg, MD 21849
12 |
13 | U.S. Attorneys' Office
   | 880 Front Street, Room 6293
14 | San Diego, CA 92101

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals  **Date:** 02/1/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: Michael Edward Kennedy v. United States of America

U.S.D.C. No.: 07cv1996 JAH (RBB)  U.S.D.C. Judge: John A. Houston

Complaint/Indictment/Petition Filed: Petition for Writ of Habeas Corpus (Federal)

Appealed Order Entered: 1/22/2008

Notice of Appeal Filed: 2/1/2008

Court Reporter: n/a

COA Status: [ ] Granted in full/part (appeal only)    [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:  [ ] Paid    [x] Not Paid    [ ] No Fee Required

USA/GOVT. APPEAL:  [ ] Yes    [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?  [ ] Yes    [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**

Michael Edward Kennedy
35377-098

33250 Old Ocean City Road
Parsonsburg, MD 21849

**Appellee Counsel:**

David P Curnow
US Attorneys Office, Southern District of CA

880 Front Street
Room 6293
San Diego, CA 92101

(619) 557-5610

Counsel Status:  [ ] Retained    [ ] Appointed    [x] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: 35377-098

Bail: _____
Custody: ____x_____

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Clerk's Judgment entered 1/22/2008, Order dismissing petition entered 1/22/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

**L. Hammer**

Lauren Hammer

Deputy's Name                                   Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   **USCA No:**
      **USDC No:**   07cv1996 JAH (RBB)
      **Kennedy v. United States of America**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | |
|---|---|---|---|---|---|
| x | Copy of the Notice of Appeal | | x | | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | | | |
| | Order for Time Schedule (Criminal) | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Exhibits in | envelope(s) | | box(es) | folders(s) |
| x | Judgement Order | | | | F/P Order |
| | CJA Form 20 | | | | Minute Order |
| | Certificate of Record | | | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | | | |
| | COA Order | | | | |
| | Amended docket fee notification form | | | | |
| | Order Appointing Counsel for Appeal | | | | |
| x | Order Dismissing Petition entered 1/22/2008 | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

**L. Hammer**

Date:   02/1/08              By:_____
                             Lauren Hammer, **Deputy**