UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
2008 MAR -3 PM 2:11
CLERK US [DISTRICT COURT]
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: [X] U. S. DISTRICT JUDGE / [ ] U. S. MAGISTRATE JUDGE   Houston
FROM: K.Hammerly, Deputy Clerk   RECEIVED DATE: 2/25/2008
CASE NO.: 07cv1996   DOCUMENT FILED BY: Petitioner - Kennedy
CASE TITLE: Kennedy v. USA
DOCUMENT ENTITLED: Motion for Relief from Judgment or Order

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Party in case cannot serve (In re: Proof of Service) |

Date forwarded: 2/27/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

[X] The document is to be filed nunc pro tunc to date received.

[ ] The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? [ ] Yes.   Court Copy retained by chambers [ ]

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Houston

Dated: 2-29-08   By: C. Hill
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]