Michael Edward Kennedy
35377-098
Salisbury, Maryland
33250 Old Ocean City Road
Parsonsburg, Maryland 21849

NUNC PRO TUNC

FEB 27 2008

FILED
2008 MAR -3 PM 4:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD KENNEDY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | Civil Case No. 07CV1996 JAH <br><br><br> MOTION FOR RELIEF FROM <br> JUDGMENT OR ORDER |

    Pursuant to Federal Rules of Civil Procedure, Rule 60(b)(6), Petitioner Michael Kennedy files this motion for relief from the judgment and order entered in the above entitled proceeding on January 22nd, 2008. Petitioner submits the following arguments in support of this motion:

(1)    This Court's judgment to dismiss Petitioner's §2241 petition based on the prior order of Judge Burns barring the filing of any documents related to petitioner's instant conviction, acts to suspend the writ of habeas corpus in violation of the United States Constitution and to violate petitioner's right under the Due Process Clause of the Fifth Amendment to the United States Constitution. Petitioner has a guaranteed right under the Due Process Clause to challenge the unconstitutionality of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), where the AEDPA acts to eliminate judicial collateral review of Fourth, Fifth, and Sixth Amendment violation claims arising in a second or successive §2255 motion. A petition filed pursuant to 28 U.S.C §2241 is

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

- 1 -



the proper forum to raise such a challenge to the unconstitutionality of the AEDPA. The Court's judgment in this matter would therefore subject petitioner to irreparable harm and injury by his loss of his constitutional right to Due Process under the Fifth Amendment to the Constitution by barring challenge to the unconstitutionality of the AEDPA.

(2)   The Court's judgment in the instant matter is contrary to the established case law precedent set forth by the Court of Appeals for the Ninth Circuit allowing use of 28 U.S.C §2241 as an "escape hatch" to the amended provisions of §2255 where (a) §2255 is inadequate and ineffective to test the legality of their detention; and (b) where a petitioner has made a claim of actual innocence. The petitioner in this case has made a showing that §2255 is inadequate and ineffective to test the legality of his detention and raised a claim of actual innocence. The Court's judgment in this matter therefore acts to selectively discriminate against use of the "escape hatch" of §2255 by the petitioner to the exclusion of all others.

(3)   The petitioner has established a *prima facie* case that his conviction in this matter was obtained by the government's own violation of federal law where it's actions were designed to impede and/or obstruct the due administration of justice. The Court's judgment in this matter, if allowed to stand, would violate the essential precepts of the United States Constitution by longer requiring government to be held accountable for a mans imprisonment.

For the foregoing reasons, and for any other reason this Court finds equitable and just, the judgment in this matter should be set aside and the §2241 petition in this matter be granted.

Respectfully submitted,

Dated: February 21st, 2008.

Michael Edward Kennedy
Petitioner, pro se
#35377-098
33250 Old Ocean City Road
Parsonsburg, Maryland 21849
Home: (410) 572-8802

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

- 2 -

# PROOF OF SERVICE

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

# PROOF OF SERVICE BY MAIL

(Fed R. Civ. P.5; 28 U.S.C. §1746)

I, Michael Edward Kennedy, declare:

I am over 18 years of age and a party to this action. I am a resident of Salisbury, Maryland, in the county of Wicomico. My address is: 33250 Old Ocean City Road, Salisbury, Maryland 21849. On February 21st, 2008, I served the attached motion for relief from judgment or order on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelope was addressed as follows:

United States Attorney for the
Southern District of California
Appellate Division
880 Front Street, Room 6293
San Diego, California 92101-8893

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of February, 2008.

Michael E. Kennedy
Petitioner, pro se

Michael E. Kennedy
33250 Old Ocean City Road
Salisbury, Maryland 21849
(410) 572-8802

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

- 4 -